# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 25-1160    2. DATE DOCKETED: 07-28-2025
3. CASE NAME (lead parties only): Sierra Club v. U.S. Department of Energy
4. TYPE OF CASE: ☒ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes  ☒ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: U.S. Department of Energy
   b. Give agency docket or order number(s): DOE Order No. 202-25-3
   c. Give date(s) of order(s): May 23, 2025
   d. Has a request for rehearing or reconsideration been filed at the agency? ☒ Yes ☐ No
      If so, when was it filled? 06-18-2025   By whom? Sierra Club et al.
      Has the agency acted? ☒ Yes ☐ No   If so, when? 07-28-2025 (notice of denial)
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      See attachment.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes ☐ No   If YES, identify case name(s), docket number(s), and court(s)
      People of Michigan v. DOE, 25-1159 (D.C. Cir.); Minnesota v. DOE, 25-1162 (D.C. Cir.)
   g. Are any other caess, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☒ Yes ☐ No   If YES, give case name(s) and number(s) of these cases and identify court/agency:
      DOE Order 202-25-4, www.energy.gov/ceser/federal-power-act-section-202c-pjm-interconnection
   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No   If YES, provide program name and participation dates.

Signature: /s/ Benjamin Chagnon    Date: 8/27/2025
Name of Party (Print): _____
Name of Counsel for Appellant/Petitioner (Print): Benjamin Chagnon
Address: 1001 G St. NW, Suite 1000, Washington, DC 20001
E-Mail: bchagnon@earthjustice.org    Phone (202) 745-5210    Fax (___) ___-____

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and three copies of such letter should be submitted.

USCA Form 41
August 2009 (REVISED)

ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SIERRA CLUB, NATURAL RESOURCES DEFENSE COUNCIL, MICHIGAN ENVIRONMENTAL COUNCIL, ENVIRONMENTAL DEFENSE FUND, ENVIRONMENTAL LAW AND POLICY CENTER, VOTE SOLAR, UNION OF CONCERNED SCIENTISTS, ECOLOGY CENTER, and URBAN CORE COLLECTIVE,<br><br>    Petitioners<br><br>    v.<br><br>U.S. DEPARTMENT OF ENERGY, and CHRIS WRIGHT, in his official capacity as Secretary of Energy,<br><br>    Respondents. | Case No. 25-1160<br>(Consolidated with 25-1159 and 25-1162) |

**ATTACHMENT TO DOCKETING STATEMENT**

Sierra Club, Natural Resources Defense Council, Michigan Environmental Council, Environmental Defense Fund, Environmental Law and Policy Center, Vote Solar, Union of Concerned Scientists, Ecology Center, and Urban Core Collective (collectively, "Public Interest Organizations") include this attachment in response to question 6(e) of the Docketing Statement.

Public Interest Organizations seek review of the U.S. Department of Energy's and Secretary Chris Wright's *Midcontinent Indep. Sys. Op., Inc., and Consumers*

1

*Energy Co.*, Order No. 202-25-3 (May 23, 2025) (the "Order"). The Public Interest Organizations—which advocate for, among other things, energy consumers, the transition to clean energy, and the protection of our environment—have standing to challenge the Order because it injures them and their members by requiring Consumers Energy and the Midcontinent Independent System Operator both to ensure the J.H. Campbell coal-fired power plant is available to operate, and to operate it as provided in the Order.

Eight of the nine Public Interest Organizations have associational standing based upon the health, recreational, and aesthetic injuries that the Order inflicts upon their members.[1] The organizations have members who live or recreate by Campbell and there is a substantial probability that the Order will harm them in multiple ways. Some of those members have respiratory health conditions and the additional air pollution from Campbell's continued operation risks worsening their health. Other members have already limited, and will continue to limit, their recreational activities and time outdoors because of the additional air, water, waste, and noise pollution from Campbell's continued operation. Vacating the Order would redress these

---

[1] Sierra Club, Natural Resources Defense Council, Michigan Environmental Council, Environmental Defense Fund, Environmental Law and Policy Center, Vote Solar, Union of Concerned Scientists, and Ecology Center.

injuries by allowing Consumers to retire Campbell as planned, stopping the plant's pollution.

Each of the Public Interest Organizations also has standing because the Order requires Consumers to continue to incur costs due to Campbell's continued operation and mandated availability, and there is a substantial probability that the costs will be paid by the Public Interest Organizations and/or their members.[2] Vacating the Order would redress these injuries by preventing Consumers from incurring any additional costs of operating Campbell and, at a minimum, by creating a substantial probability that FERC will order refunds and take other ratemaking actions that provide relief to Public Interest Organizations and/or their members.

Finally, the Order harms eight of the nine Public Interest Organizations by denying them the benefit of their settlement agreement with Consumers that required Campbell to retire by May 31, 2025.[3] Vacating the Order would redress that harm going forward by providing the Public Interest Organizations with the benefits of Campbell's retirement that they negotiated for in the settlement agreement.

Dated: August 27, 2025                    Respectfully Submitted,

---

[2] Sierra Club, Natural Resources Defense Council, Michigan Environmental Council, Environmental Defense Fund, Environmental Law and Policy Center, Vote Solar, Union of Concerned Scientists, Ecology Center, and Urban Core Collective.
[3] Sierra Club, Natural Resources Defense Council, Michigan Environmental Council, Environmental Law and Policy Center, Vote Solar, Union of Concerned Scientists, Ecology Center, and Urban Core Collective.

*/s/ Benjamin Chagnon*[4]
Benjamin Chagnon (DC Cir. 65850)
Michael Lenoff (DC Cir. 66374)
Michael Soules (DC Cir. 60570)
1001 G St. NW, Suite 1000
Washington, DC 20001
(202) 745-5210
bchagnon@earthjustice.org
mlenoff@earthjustice.org
msoules@earthjustice.org

Shannon Fisk
48 Wall St., 15th Floor
New York, NY 10005
(215) 717-4522
sfisk@earthjustice.org

Lauren Piette
Sameer Doshi (DC Cir. 64549)
311 S. Wacker Dr., Suite 1400
Chicago, IL 60606
(312) 500-2193
lpiette@earthjustice.org
sdoshi@earthjustice.org

Christine Powell (DC Cir. 64908)
Ada Statler (DC Cir. 65969)
180 Steuart St., #194330
San Francisco, CA 94105
(415) 217-2035
cpowell@earthjustice.org
astatler@earthjustice.org

*Counsel for Sierra Club and Urban Core Collective*

*/s/ Gregory E. Wannier*
Gregory E. Wannier (DC Cir. 55920)
Sanjay Narayan (DC Cir. 48545)
Elena Saxonhouse (DC Cir. 56639)
Sierra Club Environmental Law Program
2101 Webster St., Suite 1300
Oakland, CA 94612
(415) 977-5646
greg.wannier@sierraclub.org
sanjay.narayan@sierraclub.org
elena.saxonhouse@sierraclub.org

*Counsel for Sierra Club*

*/s/ Howard A. Learner*
Howard A. Learner (DC Cir. 61779)
Bradley Klein
Environmental Law & Policy Center
35 East Wacker Dr., Suite 1600
Chicago, IL 60601
T: (312) 673-6500
F: (312) 795-3730
hlearner@elpc.org
bklein@elpc.org

Katherine S. Duckworth
Environmental Law & Policy Center
1008 Floral Ave. SE
East Grand Rapids, MI 49506
T: (312) 673-6500
kduckworth@elpc.org

*Counsel for the Environmental Law & Policy Center, Ecology Center, Union of Concerned Scientists, and Vote Solar*

---

[4] Counsel represents that the other parties listed in the signature blocks on this document consent to this filing.

4

/s/ Caroline Reiser
Caroline Reiser (DC Cir. 62319)
Natural Resources Defense Council
1152 15th St. NW, Suite 300
Washington DC, 20005
(202) 717-8341
creiser@nrdc.org

Gavin McCabe (DC Cir. 53966)
Natural Resources Defense Council
40 W. 20th St., 11th Floor
New York, NY 10011
(212) 727-4529
gmccabe@nrdc.org

Simi Bhat
Karen Chen
Natural Resources Defense Council
111 Sutter St., 21st floor
San Francisco, CA 94104
(415) 875-6110
sbhat@nrdc.org
kchen@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ Danielle C. Fidler
Danielle C. Fidler (DC Cir. 62486)
Francis W. Sturges, Jr. (DC Cir. 64964)
Clean Air Task Force
114 State St., 6th Floor
Boston, MA 02109
(617) 624-0234
dfidler@catf.us
fsturges@catf.us

*Counsel for Michigan Environmental Council*

/s/ Tomás Carbonell
Tomás Carbonell (DC Cir 54320)
Ted Kelly
Environmental Defense Fund
555 12th St. NW, #400
Washington, DC 20004
(919) 449-4600
tcarbonell@edf.org
tekelly@edf.org

*Counsel for Environmental Defense Fund*

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2025, I have served the foregoing **Docketing Statement** on all registered counsel through the Court's electronic filing system (ECF), or, with permission, via email.

                                              Respectfully submitted,

                                              */s/ Benjamin Chagnon*
                                              Benjamin Chagnon