# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-1159**                                **September Term, 2025**

**DOE-202-25-3**

**Filed On: May 5, 2026** [2171850]

People of the State of Michigan,

       Petitioner

     v.

United States Department of Energy and
Christopher A. Wright, Secretary, United
States Department of Energy,

       Respondents

------------------------------

Midcontinent Independent System
Operator, Inc. and Consumers Energy
Company,
       Intervenors

------------------------------

Consolidated with 25-1160, 25-1162

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for May 15, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners | - | 15 Minutes (to be divided with petitioners as they deem appopriate) |
| Respondent | - | 10 Minutes |
| Intervenor Consumers Energy Company | - | 5 Minutes |

The panel considering these cases will consist of Chief Judge Srinivasan, and Circuit Judges Pillard and Wilkins.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by May 7, 2026.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1159**                                             **September Term, 2025**

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)